AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKENNA, LAWRENCE M. | Southern District of New York | 05/14/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ___ Nomination, Date ___/___/___<br><br>Initial    X  Annual    ___ Final | 01/01/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>500 Pearl Street   (1640)<br>New York, N.Y.   10007 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

|  | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| [ ] NONE (No reportable positions.) | | |
| 1 | ADMINISTRATOR | ESTATE OF ███████ |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| [X] NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |

RECEIVED MAY 20 12 16 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | | |
| 1 | | Self-employed (lawyer) ⬤ | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| [ ] | NONE (No reportable liabilities.) | | |
| 1 | CITIBANK | LOAN | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 05/14/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CITIBANK (Checking) | | None | J | T | | | | | |
| 2 EMIGRANT SAVINGS BANK (Savings) | A | Interest | K | T | | | | | |
| 3 UBS PAINE WEBBER RET. MONEY FUND | A | Interest | J | T | | | | | |
| 4 LORD ABBETT U.S. GOV'T SEC. TRUST (Fund) | A | Dividend | J | T | | | | | |
| 5 LORD ABBETT GROWTH OPPORTUNITIES (Fund) | | None | J | T | | | | | |
| 6 LUCENT (Common) | | None | J | T | | | | | |
| 7 ALTRIA (Common) | A | Dividend | J | T | Name change fr. Philip Morris | 1/28 | | | |
| 8 TEMPLETON WORLD (Fund) | | None | | | Sale | 9/2 | J | A | |
| 9 IBM (Common) | A | Dividend | J | T | | | | | |
| 10 BIOSONICS (Common) | | None | J | T | | | | | |
| 11 MCI WORLD (Common) | | None | J | T | | | | | |
| 12 SONORAN (Common) | | None | J | T | | | | | |
| 13 MERCK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 14 CISCO SYSTEMS (Common) | | None | J | T | | | | | |
| 15 AVAYA (Common) | | None | J | T | | | | | |
| 16 ATMEL (Common) | | None | J | T | | | | | |
| 17 ASTROPOWER (Common) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 19 AGERE (Class A) (Common) | | None | J | T | | | | | |
| 20 AGERE (Class B) (Common) | | None | J | T | | | | | |
| 21 FIDELITY STRUCTURED MIDCAP GROWTH (Fund) | | None | J | T | | | | | |
| 22 PHARMACIA (Common) | A | Dividend | J | T | | | | | |
| 23 MONSANTO (Common) | A | Dividend | J | T | | | | | |
| 24 EASTMAN KODAK (Common) (Stock Invest. Plan) | A | Dividend | J | T | Buy | 5/23 | J | | |
| 25 H.J. HEINZ (Common) (Stock Invest. Plan) | A | Dividend | J | T | Buy | 5/29 | J | | |
| 26 MEDCO HEALTH (Common) | | None | J | T | Spin-off | 8/19 | J | | |
| 27 FORD MOTOR (Preferred) | A | Dividend | J | T | Buy | 7/7 | J | | |
| 28 PFIZER (Common) | A | Dividend | J | T | Spin-off | 4/16 | J | | |
| 29 FIDELITY STRUCTURED MIDCAP (Fund) | | None | J | T | Buy | 2/10 | J | | |
| 30 FIDELITY GROWTH & INCOME II (Fund) | A | Dividend | K | T | Buy | 5/29 | K | | |
| 31 SPARTAN NY MUNI INCOME (Fund) | A | Dividend | K | T | Buy | 5/29 | K | | |
| 32 FIDELITY CONTRA FUND (Fund) | A | Dividend | J | T | Buy | 11/10 | J | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____   Date  5/14/04

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544